UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20711-CIV-MORENO/D'ANGELO

AURELIANO A. ECHEVARRIA
and MARIA ECHEVARRIA OCHOA,

    Plaintiffs,

vs.

EXPEDIA GROUP INC. et al.,

    Defendants.
_____/

## ORDER SETTING DISCOVERY MOTIONS HEARING

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge take all necessary and proper action as required by law with respect to any and all pretrial matters (DE 31). Accordingly, it is hereby **ORDERED** that Counsel shall appear in-person on **January 22, 2026** at **2:00 pm** at **Courtroom 2** in the **James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, 11th Floor, Miami, Florida 33132** for a hearing on Defendants' Amended Motion to Dismiss before the Court. Counsel must be prepared to address the motion (DE 26), and any other issues related to that motion.[1]

**DONE and ORDERED** in Chambers in Miami, Florida on this 13th day of January, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record

---

[1] When the Court contacted the Parties to discuss scheduling a hearing on the Amended Motion to Dismiss, Plaintiffs' counsel represented they would be filing a motion for leave to amend. If a motion for leave to amend is filed before the January 22, 2026 hearing, the Court may cancel the hearing or proceed with the hearing in its sound discretion.